ALICE KEIZOR et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued October 8, 1951; decided October 19, 1951.

*Denis M. Hurley, Corporation Counsel (Andrew Bellanca* and *Seymour B. Quel* of counsel), for appellant.

*John Francis Bowden, Christopher J. Gorman* and *Walter L. Glenney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.